IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDDIE HARRIS, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | 02-MC-72 |
| | : | |
| BUCKS COUNTY PRISON, et al. | : | |
|     Defendants | : | |

| | | |
|---|---|---|
| EDDIE HARRIS, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | 02-MC-166 |
| | : | |
| UNITED STATES GOVERNMENT, | : | |
|   RE: VETERAN ADMINISTRATION, | : | |
|   ALL V.A. CLAIMS | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, this        day of July 2002, it is **ORDERED** that in light of this court's order of July 3, 2002, dismissing the above actions without prejudice, plaintiff's petition for court appointed counsel (docket entry # 7) and plaintiff's petition for return of property (docket entry #2) are **DENIED AS MOOT**.

_____
ANITA B. BRODY, J.

Copies **FAXED** on _____ to:        Copies **MAILED** on _____ to: